JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br>　　　　Petitioner,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br>　　　　Respondent. | Case No. LA CV 15-5675 ODW (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Action Without Prejudice for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED:  August 31, 2015     _____

　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE